NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERZFELD, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC. OMNIBUS WELFARE PLAN; QUANTUM HEALTH, INC., WHICH WILL DO BUSINESS AS COORDINATED HEALTHCARE; MERITAIN HEALTH, INC.; MCMC, LLC; and AETNA LIFE INSURANC E COMPANY,<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-09784-ODW (SSx)<br>*Judge: Otis D. Wright, II*<br><br>**ORDER FURTHER CONTINUING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: November 20, 2018<br><br>Current Response due date:<br>March 21, 2019<br><br>New Response due date: TBD |

*Gordon & Rees LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

-1-
[~~PROPOSED~~] ORDER FURTHER CONTINUING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

Having considered the Fourth Joint Stipulation of Plaintiff John Herzfeld ("Plaintiff") and Defendants Meritain Health, Inc., Aetna Life Insurance Company, Teva Pharmaceuticals USA, Inc. Omnibus Welfare Benefit Plan, and Quantum Health, Inc. ("Defendants"), and finding GOOD CAUSE therein, the Court hereby ORDERS as follows:

Defendants shall respond to the Complaint within three weeks after this Court rules on Defendant MCMC, LCC's pending Motion to Dismiss.

No further extensions will be granted absent good cause supported by a declaration under penalty of perjury.

**IT IS SO ORDERED.**

DATED:__March 25, 2019

_____
Otis D. Wright, II
United States District Judge