NOTE: CHANGES MADE BY THE COURT

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN HERZFELD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TEVA PHARMACEUTICALS USA, INC. OMNIBUS WELFARE PLAN; QUANTUM HEALTH, INC., which will do business in California as COORDINATED HEALTHCARE; MERITAIN HEALTH, INC.; MCMC, LLC; and AETNA LIFE INSURANCE, CO.<br><br>　　　　　Defendants. | Case No. **2:18-cv-09784-ODW-SS**<br><br>[Assigned for all purposes to Hon. Otis D. Wright II]<br><br>**PARTIAL JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT MCMC, LLC'S MOTION TO DISMISS** |

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

<u>**JUDGMENT**</u>

The Court entered an Order **DISMISSING** the Complaint as to Defendant MCMC, LLC, **WITH PREJUDICE** for failure to state a claim upon which relief may be granted, on August 26, 2019. Upon the request of Defendant MCMC, LLC, and finding no just reason for delay, it is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff John Herzfeld shall recover nothing from Defendant MCMC, LLC; and
2. Judgment is entered in favor of Defendant, MCMC, LLC, and against Plaintiff, JOHN HERZFELD.

**IT IS SO ORDERED.**

Dated: October 8, 2019    By: _____
                              Hon. Otis D. Wright II
                              UNITED STATES DISTRICT JUDGE